# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PELAYO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:15-cv-01686-SAB<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE<br><br>RESPONSE DUE DECEMBER 15, 2015 |

On November 5, 2015, Plaintiff Maria Pelayo ("Plaintiff") filed the complaint and paid the filing fee in this action. (ECF No. 1.) On November 9, 2015, the Court issued the summons and scheduling order in this action. (ECF Nos. 2, 3.) The scheduling order required Plaintiff to serve the summons and complaint in this action and file a return of service within twenty days of filing the complaint. To date, no return of service has been filed with the Court and there is no indication that Plaintiff has served the summons or complaint.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's scheduling order and Plaintiff's failure to prosecute this action. Plaintiff shall file a written response to this order to show cause no later than **December 15, 2015**. Plaintiff is forewarned that failure to respond to this order to show cause will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **December 4, 2015**

UNITED STATES MAGISTRATE JUDGE