# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PELAYO,<br><br>         Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No. 1:15-cv-01686-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 4) |

Plaintiff filed this action challenging the denial of Social Security benefits on November 5, 2015. (ECF No. 1.) On December 4, 2015, an order issued requiring Plaintiff to show cause why this action should not be dismissed for the failure to file proof of service in compliance with the November 9, 2015 scheduling order. (ECF No. 4.) On December 15, 2015, Plaintiff filed a response to the order to show cause and the proof of service of summons and complaint. (ECF Nos. 4, 5.)

Based on Plaintiff's response to the order to show cause, and as the proof of service has now been filed, the order to show cause filed on December 4, 2015 is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 18, 2015**

UNITED STATES MAGISTRATE JUDGE

1