UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO PELAYO,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:15-cv-1686-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 13) |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's confidential letter brief will be extended by 30 days to July 14, 2016.

   This is Defendant's first request for an extension of time to respond to Plaintiff's letter brief. Defendant respectfully requests this additional time because additional time is needed to evaluate the arguments made in Plaintiff's letter brief.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly:

- If Defendant does not stipulate to a remand, Plaintiff shall file and serve an opening brief within 30 days of service of Defendant's response (on or before August 15, 2016);

1

- Defendant shall file her responsive brief within 30 days of being served with Plaintiff's brief (on or before September 14, 2016); and
- Plaintiff may file a reply brief within 15 days of being served with Defendant's responsive brief (on or before September 29, 2016).

Respectfully submitted,

Dated:  June 15, 2016         */s/  Miguel C. Lopez*
                              (*as authorized via phone on 6/15/16)
                              MIGUEL C. LOPEZ
                              Attorney for Plaintiff

Dated:  June 15, 2016         BENJAMIN B. WAGNER
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                        By:   */s/ Marcelo Illarmo*
                              MARCELO ILLARMO
                              Special Assistant United States Attorney

                              Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **June 20, 2016**    _____
                              UNITED STATES MAGISTRATE JUDGE

2