UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO PELAYO,<br><br>Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. :1:15-cv-1686-SAB<br><br>ORDER RE STIPULATION TO REMAND ACTION PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is remanded to the Commissioner for further proceedings. Judgment is entered in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:   **July 26, 2016**

UNITED STATES MAGISTRATE JUDGE